David ADKINS, Plaintiff,

and

Bernardo Alvarez; Raul Alvarez; Daniel Atencio; Robert Auxier; Ernesto Barraza; James Bentson; Daniel Black; Virginia Brandon; Leamon Bryant; Armando Bustamente, Jr.; Edward Cesena, Jr.; Arthur Cena; Callen Campbell; Lila Diaz; Dorene Doric; Jeff Dunne; Jose Espinoza; Andrew Finley; Michael Fornaseri; Daniel Gallegos; David Garcia; Darvey Guidry; Martin Gonzalez; Fernando Gonzalez; Richard Heitzwebel; Charles Hearn; Rosemary Jaime; Patrick King; Kenneth Lammon; Jackie Lopez; Cecilia Lozano; Barbara Lute; Francisco Marin; Raul Mata; Katharine Miranda; Peter Miller; Linda Morales; William Mueller, Jr.; Matthew Montgomery, Jr.; Earl Pedford; Victor Paz; Jose Perez; Sefo Purcell; Martin Ramos; Leo Ruiz; Michael Rodriguez; Marie Riley; Blaine Roskelley; Ritch Smith; Samuel Saldana; Richard Sarmast; Thomas Servia; Martin Sepulveda; Kathy Seward; Richard Sherman; Rita Slagle; Julie Toone; Hiram Travis; John Vandyken; Jose Vargas; Ted Wightman; Darryl Williams; Gerald Wildermuth; Albert Zamora, Plaintiffs—Appellants,

v.

LUCKY STORES, INC., a California corporation and division of American Stores Company; American Stores Company, a corporation, Defendants—Appellees.

Nos. 00–55045, 00–55388.

D.C. No. CV–99–09406–GAF.

United States Court of Appeals, Ninth Circuit.

Submitted June 4, 2001.*

Decided June 13, 2001.

Before D.W. NELSON, FERNANDEZ, and RYMER, Circuit Judges.

MEMORANDUM **

Plaintiffs-appellants, former employees of Lucky/American Stores' Fullerton warehouse, appeal from (1) the denial of their motion to file a second amended complaint; (2) summary judgment in favor of the defendants; and (3) the award of attorney's fees to the defendants. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm for the reasons stated by the district court in its orders of October 27, 1999, November 9, 1999, and January 24, 2000, respectively.

AFFIRMED.

---

\* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts in this circuit except as provided by Ninth Circuit Rule 36–3.